1  McGREGOR W. SCOTT
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 2:02-cr-0294 MCE |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | [PROPOSED] FINDINGS AND ORDER |
| | ) | |
| RIGOBERTO CHAVEZ-SANDOVAL, | ) | |
| aka Jose Araizo, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the Court for disposition on February 28, 2006, at 8:30 A.M, regarding an Ameline remand. Assistant U.S. Attorney Michael Beckwith appeared on behalf of the United States; Donald Frick appeared on behalf of Rigoberto Chavez-Sandoval ("Defendant"). Because Defendant is currently serving a federal sentence in Texas, he was not present during the hearing.

This case comes before the Court with regard to a single issue: whether the Court would have imposed the same or similar sentence if it had know the Guidelines were not mandatory.

///

1

Defendant's counsel has indicated that he has nothing further to brief or argue on this issue.  Having given Defendant an opportunity to argue his position, and having reviewed all of the sentencing documents and papers filed in the case, as well as all of the pertinent case law governing the issue at hand, the Court affirms its original sentence.  Specifically, the Court finds that it would have imposed the same sentence had it known the Guidelines were not mandatory.  This decision is based on the Supreme Court's precedent in <u>Booker</u> and on the factors established by Congress in 18 U.S.C. § 3553(a).  The Court further finds that the sentence imposed in this case is a fair, just, and reasonable sentence.  The Court directed government counsel to prepare a formal order.

**IT IS HEREBY ORDERED:**

Defendant will serve his sentence in case number 02-cr-0294-MCE as originally imposed.

IT IS SO ORDERED.

DATE: March 15, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE